DINAH SCHNEIDER et al., respondents,

*v.*

EMMA SCHMIDT et al., appellants.

[Argued June 22d, 1915.  Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *84 N. J. Eq. 18.*

*Mr. Alfred F. Stevens,* for the appellants.

*Mr. William A. Lord,* for the respondents.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, TAYLOR—11.

*For reversal*—None.